340

402 A.2d 662

COMMONWEALTH of Pennsylvania, Appellee,

v.

Joseph P. SERO, Appellant.

Supreme Court of Pennsylvania.

Submitted May 21, 1979.

Decided July 5, 1979.

Bruce D. Foreman, Harrisburg, for appellant.

Marion E. MacIntyre, Second Asst. Dist. Atty., for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, MANDERINO, LARSEN and FLAHERTY, JJ.

OPINION

PER CURIAM:

Order affirmed.